UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATULYA RAVISHANKAR,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>  Defendants. | Case No. C25-0554-SKV<br><br>ORDER OF DISMISSAL |

Before the Court is Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff filed this action on March 28, 2025, seeking a writ of mandamus and declaratory judgment related to the adjudication of an I-485 Application to Adjust Status. On June 11, 2025, the United States Citizenship and Immigration Services ("USCIS") issued a decision on Plaintiff's application. As Defendants have not filed an answer or motion for summary judgment, Plaintiff is entitled to voluntarily dismiss this action without a court order under Rule 41(a)(1)(A)(i).

//

//

//

ORDER OF DISMISSAL - 1

Accordingly, IT IS HEREBY ORDERED that:

1. This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. Each party shall bear its own costs and fees.

Dated this 26th day of June, 2025.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER OF DISMISSAL - 2